STANDARD TANK TERMINAL CORP., PLAINTIFF-PETI-
TIONER, v. W. M. G. REALTY CO., INC., DEFENDANT-
RESPONDENT.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Spingarn & Sachs* and *Mr. Kenneth F. Lay* for the
petitioner.

*Mr. Charles Handler* for the respondent.

July 1, 1966. Denied.

WILLIAM H. PLUMMER, *ET ALS.*, PLAINTIFFS-PETITION-
ERS, v. JOHN M. ARCHER, DEFENDANT-RESPON-
DENT.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Shapiro, Brotman & Eisenstat* and *Mr. Michael D.
Capizola* for the petitioners.

*Mr. J. Peter Davidow* for the respondent.

July 1, 1966. Denied.

JULE ROBERTS GESNER, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. MARIE B. ROBERTS, DEFENDANT-PETI-
TIONER.

On petition for certification to Appellate Division, Superior
Court.

See same case below: 91 *N. J. Super.* 255.

*Messrs. Dwyer, Dwyer & Dwyer* for the petitioner.

*Mr. Warren Dixon, Jr.* for the respondents.

July 1, 1966. Granted.